FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 JUL 11 AM 10: 23
CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| MARK ELLERY NANCE, | ) | |
| Plaintiff, | ) | |
| v. | ) | CR418-165 |
| JOSE MORALES, Warden, *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

Mark Ellery Nance, an inmate at Coastal State Prison, has filed this 42 U.S.C. § 1983 action alleging that he has been denied access to the prison's law library. Doc. 1. He also seeks leave to proceed *in forma pauperis*. Doc. 2. His IFP application, however, is incomplete and unsigned. *Id.* Before his claim may proceed, he must submit a complete application. Accordingly, Nance is **DIRECTED** to file a complete and signed application to proceed IFP within 30 days of the date of this Order. The Clerk is **DIRECTED** to serve a blank form application (Form AO 240) along with this Order.

**SO ORDERED**, this 11th day of July, 2018.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA