MARK ELLERY NANCE,

    Plaintiff,

v.

CASE NO. CV418-165

JOSE MORALES, Warden; CYTHIA RIVERS, Chief Counselor; LAQUIDA LEWIS BROWN, O Building Counselor; ASHRAF NOORI; ROBIN OWENS; and MR. TOOLE;

    Defendants.

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case with the following modification, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 13th day of December 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA